LODGED

2007 JUN 18 PM 12: 20

Priority —
Send —
Enter —
Closed —
JS-5/JS-6 ✓
JS-2/JS-3 —
Scan Only —

SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS LEVIN<br><br>PLAINTIFF(S)<br><br>V.<br><br>FBI<br><br>DEFENDANT(S) | CASE NUMBER<br><br>EDCV07- 735<br><br>ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE |

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Note: This order does not authorize service of the complaint by the U.S. Marshal. Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned

_____        _____
Date                                              United States Magistrate Judge

================================================================

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☒ Inadequate showing of indigency        ☐ District Court lacks jurisdiction

☐ Legally and/or factually patently frivolous    ☐ Immunity as to _____

☐ Other: _____

Comments:

_6/19/07_                                _[signature]_
Date                                              United States Magistrate Judge

DOCKETED ON CM
JUL -2 2007
045
BY_____

================================================================

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:
    ☐ **GRANTED**        ☑ **DENIED** (See comments above).

JUN 25 2007                CHIEF  _[signature]_
Date                                 United States District Judge
                                     **ALICEMARIE H. STOTLER**

CV-73A (02/05)        ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE